# First District Court of Appeal
## State of Florida

_____

No. 1D18-3493
_____

JUAN MEZA-MEDINA,

    Appellant,

    v.

RAYMOND BUILDING SUPPLY,
LLC and SEDGWICK CMS,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Frank J. Clark, Judge.

Date of Accident: March 5, 2016.

March 15, 2019

PER CURIAM.

    AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Steven M. Meyers, Orlando, for Appellant.

Daniel R. Goodman, Fort Myers, for Appellees.